IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VARUJAN L. PICCARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO.: 1:21-cv-0558-MLB |
| ) | |
| NEIL P. DEEDY ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on the Defendant's Motion to Stay Discovery until Ruling on Pending Motion to Dismiss Plaintiff's Complaint. The Defendant seeks a stay of discovery and Initial Disclosures until fourteen (14) days after the Court issues its ruling on Defendant's pending Motion to Dismiss Plaintiff's Complaint. After careful consideration and for good cause shown, the Defendant's Motion is GRANTED.

Discovery will be stayed until fourteen (14) days after the Court's ruling on Defendant's Motion to Dismiss Plaintiff's Complaint.

**SO ORDERED**, this 6th day of April, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE